**FILED**

JUL 3 1 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAMES GOSNELL
8210 COLONIAL LANE
SILVER SPRING, MD 20910
(301) 586-5990

VS.

GEORGE BUSH of the U.S. GOVERNMENT
C/O "THE WHITE HOUSE"
WASHINGTON, D.C. 20001

Case: 1:08-cv-01322
Assigned To : Walton, Reggie B.
Assign. Date : 7/31/2008
Description: PI/Malpractice

JURY ACTION

## COMPLAINT

Plaintiff, complaining of the defendant, says and alleges:

1. That the events of the following complaint are a brief description of the last moments of time spent in the life of a good friend of mine.

2. That my friend was a big help whenever I had to call on them in the time of need.

3. That although my friend had not reached the age of forty-five, they were still a vibrant and caring individual... who loved living life to it's fullest and watching their child grow into an aspiring adult.

4. That my friend's vibrant ability suddenly came to an abrupt halt due to the malicious actions of the defendant which shall be described hereafter.

5. That this is a claim for first degree murder which is described according to the District of Columbia statutes of law listed therein. This statute states that murder which shall be perpetrated by torture, etc. or by any other kind of willful, deliberate and premeditated killing committed or attempted shall be deemed to be murder in the first degree.

6. That the actions of the defendant will be found to fall under the description of committing first degree murder.

7. That the plaintiff is demanding a trial by jury to accomplish the outcome of this complaint.

8. That the plaintiff was a resident of Buncombe County, North Carolina.

9. That the defendant was a resident of Washington, D.C..

10. That on or before September 02, 2006 the defendant, Mr. George Bush, did willfully perpetrate the execution, slaying and/or premeditated killing of my friend in their home.

11. That the above article, number ten, covers and explains that the defendant's actions are found to be covered by article numbers five and six of this complaint.

12. That on or before June 12, 2007 the defendant, Mr. George Bush, did willfully perform another act which lengthened the physical and mental suffering, that was being brought to an end in the plaintiff's life.

13. That on or before July 07, 2007 the defendant, Mr. George Bush, did willfully perform still another act which lengthened the physical and mental suffering, that was being brought to an end in the plaintiff's life.

14. That as a result of the defendant's malicious acts, the plaintiff has been damaged and makes claim for the following:

a. Although the plaintiff would not take a valid check in the amount of five hundred thousand dollars in exchange for his friend, he feels that it would only be lawful and just that he should receive at least one-fifth, or one hundred thousand and NO/100 ($100,000.00), of this amount for the pain and suffering caused by the loss of his friend.

b. Plaintiff further feels that he should receive added compensation in the amount of fifty thousand and NO/100 ($50,000.00) for relief justified by the defendant's actions in the above article number twelve.

2

C.  Plaintiff further feels that he should receive added compensation in the amount of fifty thousand and No/100 ($50,000.00) for relief justified by the defendant's actions in the above article number thirteen.

Wherefore, the plaintiff prays the Court for relief for damages incurred in an amount of two hundred thousand and No/100 ($200,000.00), plus the cost of this action and that all issues be tried by a jury.

THIS the 31 day of July, 2008.

Michael J. Gosnell
Michael J. Gosnell
8210 Colonial Lane
Silver Spring, MD
20910

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAMES GOSNELL

vs.

GEORGE BUSH of the
U.S. GOVERNMENT

CIVIL ACTION NO.

# AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

My name is John A. Burton, S.P.A. I am a surgical physicians assistant working in Asheville, North Carolina.

I have reviewed at least seventeen (17) different M.R.I. films, from different locations or settings, that were taken from February 26, 1997 to March 7, 2000, that concerning the thoracic [X1] spine of Michael J. Gosnell. In my professional opinion, he is in need of extensive thoracic spine surgery and has needed this since as early as February 26, 1997. (X1 = mid to upper back) ; (X1 = D.D.B. 4-30-65)

I have also reviewed two (2) lumbar [X2] C.T. films referring to Michael J. Gosnell. One was taken on March 16, 1998 and the other on or about July 31, 1998 and both indicated the need for lumbar spine surgery. (X2 = lower back)

Last, but not least, I have also reviewed two (2) cervical [X3] M.R.I. films referring to Michael J. Gosnell. One was taken on November 13, 1997 and the other on March 2, 2000 and both indicated the need for cervical spine surgery. (X3 = neck.)

I base these opinions on at least five (5) years of surgical "hands-on" experience as a surgical physicians assistant (S.P.A.).

THIS the 23rd day of October, 2003.

_John A. Burton, S.P.A._

Sworn to and subscribed before me
this 23 day of Oct, 2003

_Thomas W. Fesperman_
Notary Public

My commission expires: 5-10-2005

THOMAS W. FESPERMAN
Notary Public, Buncombe Co., NC
Commission Exp. May 10, 2005

---

The undersigned, being duly sworn, deposes and says:

My name is Michael James Gosnell. I do confirm that the above affidavit is concerning my health status, as witnessed by a health care surgical physicians assistant, approximately five years ago. I further confirm that I stood and witnessed the signatures of the two people who signed this document. I have an original of this document in my possession for comparison, if needed.

THIS the 24 day of July, 2008.

Sworn to and subscribed before me
this 24 day of July, 2008.

_Genet Abesha._
Notary Public

My commission expires: Nov. 19, 2009

**08 1322**
**FILED**

JUL 31 2008

**Clerk**, U.S. District and
Bankruptcy Courts

_Michael J. Gosnell_
Michael J. Gosnell
8210 Colonial Lane
Silver Spring, MD 20910
301-586-5990

GENET ABESHA
Notary Public, State of Maryland
My Commission Expires Nov. 19, 2009

08-1322
KBN

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

**I (a) PLAINTIFFS**

MICHAEL JAMES GOSNELL

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 8888
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS**

GEORGE BUSH OF the U.S. GOVERNMENT

(District OF Columbia)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE T_____

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

"Pro-se"
(301) 586-5990

Michael J. Gosnell
8210 Colonial Lane
Silver Spring, MD 20910

Case: 1:08-cv-01322
Assigned To : Walton, Reggie B.
Assign. Date : 7/31/2008
Description: PI/Malpractice

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☒ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

"FIRST DEGREE MURDER"

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Immigration**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus- Alien Detainee
- ☐ 465 Other Immigration Actions

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.

- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

③

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☒ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

*"First Degree Murder for The District of Columbia civil statutes"... listed. (This murder was caused by the defendant himself.) 2845013604 ($200,000.00 plus Court costs)*

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $   Check YES only if demanded in complaint   **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE *July 31, 2008*   SIGNATURE OF ATTORNEY OF RECORD   *Pro-se*   *Michael J. Gosvell*

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed *only* if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the *primary* cause of action found in your complaint. You may select only *one* category. You *must* also select *one* corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd