UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JAMES GOSNELL

    VS.

GEORGE BUSH of
the U.S. GOVERNMENT

CIVIL ACTION NO. 08CV1322 HHK

RECEIVED
AUG 25 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AFFIDAVIT OF SERVICE

I, Michael J. Gosnell, hereby declare that on the 08 day of August I mailed a copy of the summons and complaint, certified mail return receipt requested, to Mr. George Bush. Attached hereto are copies of the certified green card receipts, in lieu of the green card, acknowledging service.

NOTE: As of today I am ultimately unable to receive any further material that is related to the certified mailing that the above affidavit of service is concerning.

THIS the 22 day of August, 2008.

Sworn to and subscribed before me this 22 day of August, 2008.

_____ Abesha
Notary Public

My commission expires: Nov. 19, 2009

GENET ABESHA
Notary Public, State of Maryland
My Commission Expires Nov. 19, 2009

Michael J. Gosnell
Michael J. Gosnell
8210 Colonial Lane
Silver Spring, MD
20910

301-586-5990

# CERTIFICATE OF SERVICE
## III

I hereby certify that a copy of the forgoing ———— AFFIDAVIT OF SERVICE ———— was served on Mr. George Bush by causing to be deposited a copy of the same in an official depository of the United States Postal Service in a postage paid envelope addressed to:

Mr. George Bush
c/o "The White House"
Washington, D.C.
    20001

This the ___22___ day of ~~July, 2008.~~ August, 2008. MG

_Michael J. Gosnell_
Michael J. Gosnell
8210 Colonial Lane
Silver Spring, MD
    20910

# CERTIFICATE OF SERVICE
## IV

I hereby certify that a copy of the forgoing AFFIDAVIT OF SERVICE AND CERTIFICATE OF SERVICE III was served on U.S. District Court Clerk by causing to be deposited a copy of the same in an official depository of the United States Postal Service in a postage paid envelope addressed to:

> U.S. District Court Clerk
> 333 Constitution Avenue, N.W.
> Room 1225
> Washington, D.C.
> 20001

This the ___22___ day of August, 2008. ~~July, 2008.~~ as

_Michael J. Gosnell_
Michael J. Gosnell
8210 Colonial Lane
Silver Spring, MD
20910